Kelly A. Evans
Nevada Bar No. 7691
Jay J. Schuttert
Nevada Bar No. 8656
Joshua D. Cools
Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5200
Email: kevans@swlaw.com
Email: jschuttert@swlaw.com
Email: jcools@swlaw.com

Lee A. Mickus (*Pro Hac Vice*)
SNELL & WILMER L.L.P.
Tabor Center, Suite 1900
1200 Seventeenth Street
Denver, CO 80202-5854
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
Email: lmickus@swlaw.com

Attorneys for Defendant
BRISTOL-MYERS SQUIBB COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATASHA McMILLAN,<br><br>       Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB, CO., DOES I through XX, inclusive; and ROES I through XX inclusive,<br><br>       Defendants. | CASE NO.: 2:13-cv-00692-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LATASHA McMILLAN and Defendant BRISTOL-MYERS SQUIBB COMPANY, by and through their

/ / /

/ / /

/ / /

/ / /

/ / /

1 | respective counsel of record, that the above matter be dismissed with prejudice in its entirety with
2 | each party to bear its own costs and attorneys' fees.

3 | DATED this 10th day of March, 2015.                    DATED this 10th day of March, 2015.

4 | SNELL & WILMER L.L.P.                                  MAZZEO LAW, LLC

6 | By: *[signature]*                                      By: /s/ Peter A. Mazzeo
    Kelly A. Evans, NV Bar No. 7691                           Peter A. Mazzeo, NV Bar No. 9387
7 | Jay J. Schuttert, NV Bar No. 8656                         528 S. Casino Center Blvd, Suite 305
    Joshua D. Cools, NV Bar No. 11941                         Las Vegas, NV 89101
    3883 Howard Hughes Pkwy., Ste. 1100
8 | Las Vegas, NV 89169                                       Attorneys for Plaintiff
                                                              LATASHA McMILLAN
9 | Lee A. Mickus (*Pro Hac Vice*)
    SNELL & WILMER L.L.P.
10| Tabor Center, Suite 1900
    1200 Seventeenth Street
11| Denver, CO 80202-5854

12| Attorneys for Defendant
    BRISTOL-MYERS SQUIBB
13| COMPANY

**IT IS SO ORDERED.**

*[signature]*

Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/11/2015**

19| Prepared and Submitted by:
    SNELL & WILMER L.L.P.

21| *[signature]*
    Kelly A. Evans, Nevada Bar No. 7691
22| Jay J. Schuttert, Nevada Bar No. 8656
    Joshua D. Cools, Nevada Bar No. 11941
23| 3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

25| Lee A. Mickus (*Pro Hac Vice*)
    SNELL & WILMER L.L.P.
    Tabor Center, Suite 1900
26| 1200 Seventeenth Street
    Denver, CO 80202-5854

28| Attorneys for Defendant
    BRISTOL-MYERS SQUIBB COMPANY